■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GONZALEZ, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Vinik, J.), imposed May 13, 1985.

Justice Thompson has been substituted for the late Justice Gibbons (see, 22 NYCRR 670.2 [c]).

Sentence affirmed. No opinion. Mollen, P. J., Lazer, Thompson and Kunzeman, JJ., concur.